United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raymond W. Kuemmerle, Jr.  
      Debtor

Case No. 18-12347-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Apr 09, 2018  
                    Form ID: 130     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.  
db          +Raymond W. Kuemmerle, Jr.,   2420 Brookdale Avenue,    Abington, PA 19001-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:  
       GEORGETTE   MILLER    on behalf of Debtor Raymond W. Kuemmerle, Jr. info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                     TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                    Chapter: 13

Raymond W. Kuemmerle, Jr.

            Debtor(s)                              Bankruptcy No: 18−12347−elf

***O R D E R***

**AND NOW,** this 9th day of April, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 04/22/2018.
    Chapter 13 Plan due by 04/22/2018.
    Schedules AB−J due 04/22/2018.
    Statement of Financial Affairs due 04/22/2018.
    Summary of Assets and Liabilities Form B106 due 04/22/2018.

    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 due 4/22/2018.
    Means Test Calculation Form 122C−2 due 4/22/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court

6
Form 130