### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raymond Kuemmerle, Jr.        :
                                                   : Case No. 18-12347

      **Debtor**                     : Chapter 13

### ORDER

AND NOW, this 16th of October 2018, upon consideration of the Debtor, Raymond Kuemmerle, Jr.'s Motion to Appoint Next Friend, and any response thereto, it is hereby **ORDERED**:

1. The Motion is hereby **GRANTED**;

2. The Court hereby appoints Christopher Kuemmerle, as the Debtor's Next Friend pursuant to Fed. R. Bankr. P. 1004.1.

3. The Next Friend is permitted to appear and to act on behalf of the Debtor in all matters related to the pending Chapter 13 case.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**