United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-12347-elf
Raymond W. Kuemmerle, Jr.                                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Oct 17, 2018
                              Form ID: pdf900         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
```
db            +Raymond W. Kuemmerle, Jr.,    2420 Brookdale Avenue,    Abington, PA 19001-3112
aty           +MICHELLE LEE,    Georgette Miller & Associates,    119 South Easton Road,
                Glenside, PA 19038-4525
intp          +Christopher Kuemmerle,    Power of Attorney for Raymond Kuemmerle,    2420 Brookdale Avenue,
                Abington, PA 19001-3112
14087381      +Abington Medical Specialists,    1235 Old York Road,    Suite 222,    Abington, PA 19001-3874
14087382      +Abington Memorial Hospital,    2510 Maryland Rd,    Ste 200,    Willow Grove, PA 19090-1135
14087383      +American Heritage Fcu,    3110 Grant Ave,    Philadelphia, PA 19114-2542
14087384      +Aqua Pennsylvania,    762 W. Lancaster Ave,    Bryn Mawr, PA 19010-3489
14087387     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14122897       BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
14090595      +BANK OF AMERICA, N.A.,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14087385      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
14087386      +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
14087407     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Shell Card Center,    PO BOX 689151,    Des Moines, IA 50368-9151)
14087392       Central Credit Service,    550 N Regency Square Blv,    Jacksonville, FL 32225
14087393      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14087398      +Citi/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14087401      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14087402      +Fia Cs,    Po Box 982238,    El Paso, TX 79998-2238
14089637      +KML Law Group, P.C.,    Atty for Bank of America, N.A.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14087404      +Mcydsnb,    Po Box 8218,    Mason, OH 45040-8218
14087405      +Peco,    PO Box 13439,    Philadelphia, PA 19101-3439
14087414      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
14087415      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14087418      +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:06     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:28
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:50     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:53:57     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14087391      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 02:54:31     Cap1/bstby,
                26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14087400      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2018 02:46:11     Comenitybank/victoria,
                Po Box 182789,    Columbus, OH 43218-2789
14087403      +E-mail/Text: BKRMailOPS@weltman.com Oct 18 2018 02:46:08     Kay Jewelers,    375 Ghent Rd,
                Fairlawn, OH 44333-4600
14115249       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 02:54:00
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14087464      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 02:54:33
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14091857       E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2018 02:46:14
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14087406       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:54:29     Sams Club Gemb,    PO BOX 530942,
                Atlanta, GA 30353-0942
14087411       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:53:57     Syncb/Sams Club Dual Card,
                P.O. Box 965005,    Orlando, FL 32896-5005
14087412      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:54:14     Syncb/Toysrusdc,    Po Box 965005,
                Orlando, FL 32896-5005
14087408      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:54:14     Syncb/care Credit,
                950 Forrer Blvd,    Kettering, OH 45420-1469
14087409      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:54:14     Syncb/empire,    C/o Po Box 965036,
                Orlando, FL 32896-0001
14087410      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:53:58     Syncb/gap,    Po Box 965005,
                Orlando, FL 32896-5005
14087413      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:53:57     Syncb/walmart,    Po Box 965024,
                Orlando, FL 32896-5024
14087399       E-mail/Text: creditreconciliation@peoples.com Oct 18 2018 02:46:35     Citizens Bank,
                1000 Lafayette Blvd,    Bridgeport, CT 06604
14087416       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 18 2018 02:45:57
                Verizon,    PO Box 660748,    Dallas, TX 75266-0748
14087417      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 18 2018 02:45:57
                Verizon Wireless,    PO Box 4003,    Acworth, GA 30101-9004
```

```
District/off: 0313-2            User: John              Page 2 of 2              Date Rcvd: Oct 17, 2018
                                Form ID: pdf900         Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                TOTAL: 20

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14087388*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14087389*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14087390*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14123564*      Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
14087394*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14087395*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14087396*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14087397*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                     TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
```
              GEORGETTE  MILLER    on behalf of Debtor Raymond W. Kuemmerle, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Raymond Kuemmerle, Jr.         :
                                        :  Case No. 18-12347
        **Debtor**                      :  Chapter 13

## ORDER

AND NOW, this  16th  of    October    2018, upon consideration of the Debtor, Raymond Kuemmerle, Jr.'s Motion to Appoint Next Friend, and any response thereto, it is hereby **ORDERED**:

1. The Motion is hereby **GRANTED**;

2. The Court hereby appoints Christopher Kuemmerle, as the Debtor's Next Friend pursuant to Fed.. R. Bankr. P. 1004.1.

3. The Next Friend is permitted to appear and to act on behalf of the Debtor

in all matters related to the pending Chapter 13 case.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**