```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                        Case No. 18-12347-elf
Raymond W. Kuemmerle, Jr.                                     Chapter 13
Raymond W. Kuemmerle, Jr.
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1         Date Rcvd: May 17, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
14123564        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    MEB Loan Trust alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              GEORGETTE  MILLER    on behalf of Debtor Raymond W. Kuemmerle, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12347-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Raymond W. Kuemmerle, Jr.
2420 Brookdale Avenue
Abington PA 19001

Raymond W. Kuemmerle, Jr.
MAILING ADDRESS
102 Knollwood Drive
Lansdale PA 19446

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/16/2019.

Name and Address of Alleged Transferor(s):

Claim No. 8: Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

MEB Loan Trust
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/19/19

Tim McGrath
**CLERK OF THE COURT**