**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTEN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Raymond W. Kuemmerle Jr. | CHAPTER 13 |
| | BKY. NO. 18-12347 ELF |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of MEB Loan Trust and index same on the master mailing list.

                                    Respectfully submitted,
                                   **/s/ Rebecca A. Solarz, Esq**
                                   Rebecca A Solarz, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322