# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12347-elf |
| Raymond W. Kuemmerle, Jr. | : Chapter 13 |
|     Debtor | : |
| | : |
| ABS REO Trust VI c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
| vs. | : |
| | : |
| Raymond W. Kuemmerle, Jr. and Catherine R Kuemmerle (Non-filing Co-Debtor) | : |
|     Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

## PRAECIPE TO RELIST THE MOTION FOR RELIEF HEARING

    As a stipulation settling the Motion for Relief cannot be completed, ABS REO Trust VI c/o Select Portfolio Servicing, Inc. has requested a new hearing date on the Motion for Relief from Stay, originally filed on July 10, 2019 at doc # 68. The new hearing date is October 01, 2019 at 09:30 AM.

 

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12347-elf |
| Raymond W. Kuemmerle, Jr. | : Chapter 13 |
| Debtor | : |
| | : |
| ABS REO Trust VI c/o Select Portfolio Servicing, Inc. | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| Raymond W. Kuemmerle, Jr. and Catherine R Kuemmerle (Non-filing Co-Debtor) | : |
| | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## CERTIFICATION OF SERVICE

I certify that a copy ABS REO Trust VI c/o Select Portfolio Servicing, Inc.'s Praecipe to Relist the Motion for Relief and Notice of Hearing date was served upon the following parties on September 9, 2019:

Demetrius J. Parrish, Esquire
Via ECF
*Counsel for Debtor*

Gary F. Seitz, Esquire
Via ECF
*Trustee*

Michael A Slade
7144 Mt. Airy Place
Philadelphia, PA 19119
Via First Class Mail
*Debtor*

Date: 09/09/2019

Respectfully Submitted,

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121