**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Raymond Kuemmerle                                         CHAPTER 13

DEBTOR(S)                                                                   BANKRUPTCY NO: 18-12347

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>August 29, 2019</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  September 18, 2019                         /s/ Georgette Miller
                                                                    Georgette Miller
                                                                    Law Offices of Georgette Miller Esq., P.C
                                                                    335 Evesham Avenue
                                                                    Lawnside, NJ 08045
                                                                    856-323-1100
                                                                    Bar I.D. 86358
                                                                    Attorney for Debtor(s)

{00354492;v1}