# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12347-ELF

RAYMOND W KUEMMERLE, JR.
CHRISTOPHER KUEMMERLE
102 KNOLLWOOD DRIVE

LANSDALE, PA 19446-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RAYMOND W KUEMMERLE, JR.
    CHRISTOPHER KUEMMERLE
    102 KNOLLWOOD DRIVE

    LANSDALE, PA 19446-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 9/20/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee