**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Raymond Kuemmerle                                  CHAPTER 13

DEBTOR(S)                                                            BANKRUPTCY NO: 18-12347

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on August 29, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  September 18, 2019                         /s/ Georgette Miller
                                                                    Georgette Miller
                                                                    Law Offices of Georgette Miller Esq., P.C
                                                                    335 Evesham Avenue
                                                                    Lawnside, NJ 08045
                                                                    856-323-1100
                                                                    Bar I.D. 86358
                                                                    Attorney for Debtor(s)


{00354492;v1}