## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12347-elf |
| Raymond W. Kuemmerle, Jr. | : Chapter 13 |
| Debtor | : |
| | : |
| ABS REO Trust VI c/o Select Portfolio Servicing, Inc. | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| Raymond W. Kuemmerle, Jr. and Catherine R Kuemmerle (Non-filing Co-Debtor) | : |
| | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE
TO MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY
UNDER 11 U.S.C. § 362 AND §1301**

I, Danielle Boyle-Ebersole, Esq., counsel for ABS REO Trust VI c/o Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay and Co-Debtor Stay has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: September 25, 2019

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax: 215-855-9121
Email: debersole@hoflawgroup.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12347-elf |
| Raymond W. Kuemmerle, Jr. | : Chapter 13 |
|     Debtor | : |
| | : |
| ABS REO Trust VI c/o Select Portfolio Servicing, Inc. | : |
| | : |
|     Movant | : |
| vs. | : |
| | : |
| Raymond W. Kuemmerle, Jr. and Catherine R Kuemmerle (Non-filing Co-Debtor) | : |
| | : |
|     Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

### CERTIFICATE OF SERVICE OF
### CERTIFICATION OF NO ANSWER OR RESPONSE

I, Danielle Boyle-Ebersole, Esq., certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer or Response to Motion for Relief, on the parties at the addresses shown on 09/25/2019.

The types of service made on the parties were: Electronic Notification and/ or First-Class Mail, as noted below:

Georgette Miller, Esquire
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Raymond W. Kuemmerle, Jr.
Catherine R Kuemmerle
2420 Brookdale Avenue
Abington, PA 19001
Via First Class Mail
*Debtor and Non-filing Co-Debtor*

Raymond W. Kuemmerle, Jr.
102 Knollwood Drive
Lansdale, PA 19446
Via First Class Mail
*Debtor*

Dated: 09/25/2019

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com