# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12347-elf |
| Raymond W. Kuemmerle, Jr. | : Chapter 13 |
|     Debtor | : |
| | : |
| ABS REO Trust VI c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
|   vs. | : |
| | : |
| Raymond W. Kuemmerle, Jr. and Catherine R Kuemmerle (Non-filing Co-Debtor) | : |
|     Debtor/Respondent | : |
|   and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

## ORDER

AND NOW, this  1st  day of  October , 2019, upon the Motion of Movant, ABS REO Trust VI c/o Select Portfolio Servicing, Inc., and withdrawal of the response thereto, it is hereby:

**ORDERED** THAT: the Motion is **GRANTED** as to Movant and its successors, if any, and the automatic stay and co-debtor stay under 11 U.S.C. § 362 and § 1301 of the Bankruptcy Code are modified and lifted with respect to the premises, 2420 Brookdale Ave., Roslyn, PA 19001-3112.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**