United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-12347-elf
Raymond W. Kuemmerle, Jr.                                       Chapter 13
Raymond W. Kuemmerle, Jr.
      Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith              Page 1 of 1         Date Rcvd: Oct 01, 2019
                              Form ID: pdf900          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
```
db             +Raymond W. Kuemmerle, Jr.,   MAILING ADDRESS,    102 Knollwood Drive,    Lansdale, PA 19446-1607
aty            +MICHELLE LEE,   Georgette Miller & Associates,    119 South Easton Road,
                 Glenside, PA 19038-4525
intp           +Christopher Kuemmerle,   Appointed Next Friend of,    Raymond Kuemmerle, Jr.,
                 102 Knollwood Drive,    Lansdale, PA 19446-1607
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 03:44:31      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
```
              ANDREW M. LUBIN    on behalf of Creditor    MEB Loan Trust alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    ABS REO Trust VI c/o Select Portfolio
               Servicing debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              GEORGETTE  MILLER    on behalf of Debtor Raymond W. Kuemmerle, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MEB Loan Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 12
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-12347-elf |
| Raymond W. Kuemmerle, Jr. | : Chapter 13 |
|         Debtor | : |
| | : |
| ABS REO Trust VI c/o Select Portfolio Servicing, Inc. | : |
|         Movant | : |
|     vs. | : |
| | : |
| Raymond W. Kuemmerle, Jr. and Catherine R Kuemmerle (Non-filing Co-Debtor) | : |
|         Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**ORDER**

      AND NOW, this 1st day of October, 2019, upon the Motion of Movant, ABS REO Trust VI c/o Select Portfolio Servicing, Inc., and withdrawal of the response thereto, it is hereby:

      **ORDERED** THAT: the Motion is **GRANTED** as to Movant and its successors, if any, and the automatic stay and co-debtor stay under 11 U.S.C. § 362 and § 1301 of the Bankruptcy Code are modified and lifted with respect to the premises, 2420 Brookdale Ave., Roslyn, PA 19001-3112.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**