# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond W. Kuemmerle Jr.<br>　　　　　　　　　Debtor | CHAPTER 13 |
| MEB Loan Trust<br>　　　　　　　　　Movant<br>　　vs.<br>Raymond W. Kuemmerle Jr.　　Debtor<br>Catherine R. Kuemmerle　　Co-Debtor<br>William C. Miller Esq.　　Trustee | NO. 18-12347 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 8th day of October, 2019 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay and Co-Debtor Stay is **GRANTED**, and the automatic stay under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 2420 Brookdale Avenue, Abington, PA 19001 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**