United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12347-elf
Raymond W. Kuemmerle, Jr.                                           Chapter 13
Raymond W. Kuemmerle, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith          Page 1 of 1              Date Rcvd: Oct 08, 2019
                             Form ID: pdf900       Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db              +Raymond W. Kuemmerle, Jr.,    MAILING ADDRESS,    102 Knollwood Drive,    Lansdale, PA 19446-1607
aty             +MICHELLE LEE,   Georgette Miller & Associates,    119 South Easton Road,
                 Glenside, PA 19038-4525
intp            +Christopher Kuemmerle,   Appointed Next Friend of,    Raymond Kuemmerle, Jr.,
                 102 Knollwood Drive,    Lansdale, PA 19446-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 03:28:03      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTAL: 1


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    MEB Loan Trust alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    ABS REO Trust VI c/o Select Portfolio
               Servicing debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              GEORGETTE  MILLER    on behalf of Debtor Raymond W. Kuemmerle, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MEB Loan Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                            TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Raymond W. Kuemmerle Jr. | | CHAPTER 13 |
| Debtor | | |
| MEB Loan Trust | | |
| Movant | | |
| vs. | | |
| | | NO. 18-12347 ELF |
| Raymond W. Kuemmerle Jr. | Debtor | |
| Catherine R. Kuemmerle | Co-Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  8th   day of   October  , 2019 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay and Co-Debtor Stay is **GRANTED**, and  the automatic stay  under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 2420 Brookdale Avenue, Abington, PA 19001 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**