United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-12347-elf
Raymond W. Kuemmerle, Jr.                                           Chapter 13
Raymond W. Kuemmerle, Jr.
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith                 Page 1 of 3                   Date Rcvd: Oct 30, 2019
                              Form ID: pdf900             Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
```
db             +Raymond W. Kuemmerle, Jr.,    2420 Brookdale Avenue,    Abington, PA 19001-3112
db             +Raymond W. Kuemmerle, Jr.,    MAILING ADDRESS,    102 Knollwood Drive,    Lansdale, PA 19446-1607
aty            +MICHELLE LEE,   Georgette Miller & Associates,    119 South Easton Road,
                Glenside, PA 19038-4525
intp           +Christopher Kuemmerle,   Appointed Next Friend of,    Raymond Kuemmerle, Jr.,
                102 Knollwood Drive,   Lansdale, PA 19446-1607
14286857       +ABS REO Trust VI,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                Salt Lake City, UT 84119-3284
14087381       +Abington Medical Specialists,    1235 Old York Road,    Suite 222,    Abington, PA 19001-3874
14087382       +Abington Memorial Hospital,    2510 Maryland Rd,    Ste 200,    Willow Grove, PA 19090-1135
14087383       +American Heritage Fcu,    3110 Grant Ave,    Philadelphia, PA 19114-2542
14087384       +Aqua Pennsylvania,    762 W. Lancaster Ave,    Bryn Mawr, PA 19010-3489
14087387       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14122897        BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
14090595       +BANK OF AMERICA, N.A.,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14087385       +Bankamerica,   4909 Savarese Cir,    Tampa, FL 33634-2413
14087386       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
14087407       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Shell Card Center,    PO BOX 689151,    Des Moines, IA 50368-9151)
14087392        Central Credit Service,    550 N Regency Square Blv,    Jacksonville, FL 32225
14087393       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14214500       +Christopher Kuemmerle,    Power of Attorney for Raymond Kuemmerle,    2420 Brookdale Avenue,
                Abington, PA 19001-3112
14087398       +Citi/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14087401       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14087402       +Fia Cs,    Po Box 982238,    El Paso, TX 79998-2238
14089637       +KML Law Group, P.C.,    Atty for Bank of America, N.A.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14355197       +MEB Loan Trust,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                Suite 5000,    Philadelphia, PA 19106-1541
14087404       +Mcydsnb,    Po Box 8218,    Mason, OH 45040-8218
14355199       +Pennsylvania Housing Finance Agency,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14087414       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
14087415       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14087418       +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:37     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:37:59
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:26     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:33     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14087391       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2019 03:31:52     Cap1/bstby,
                26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14087400       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 31 2019 03:37:46     Comenitybank/victoria,
                Po Box 182789,    Columbus, OH 43218-2789
14087403       +E-mail/Text: BKRMailOPS@weltman.com Oct 31 2019 03:37:44     Kay Jewelers,    375 Ghent Rd,
                Fairlawn, OH 44333-4600
14326404        E-mail/Text: jennifer.chacon@spservicing.com Oct 31 2019 03:39:03     MEB Loan Trust,
                c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14115249        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:31:53
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14087464       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:33:09
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14087405       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 31 2019 03:37:43     Peco,    PO Box 13439,
                Philadelphia, PA 19101-3439
14091857        E-mail/Text: bnc-quantum@quantum3group.com Oct 31 2019 03:37:47
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14087406        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:34     Sams Club Gemb,    PO BOX 530942,
                Atlanta, GA 30353-0942
14087411        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:34     Syncb/Sams Club Dual Card,
                P.O. Box 965005,    Orlando, FL 32896-5005
14087412       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:37     Syncb/Toysrusdc,    Po Box 965005,
                Orlando, FL 32896-5005
```

```
District/off: 0313-2          User: Keith                Page 2 of 3                  Date Rcvd: Oct 30, 2019
                              Form ID: pdf900            Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14087408      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:33:08      Syncb/care Credit,
               950 Forrer Blvd,    Kettering, OH 45420-1469
14087409      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:34      Syncb/empire,   C/o Po Box 965036,
               Orlando, FL 32896-0001
14087410      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:31:51      Syncb/gap,   Po Box 965005,
               Orlando, FL 32896-5005
14087413      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:34      Syncb/walmart,   Po Box 965024,
               Orlando, FL 32896-5024
14087399       E-mail/Text: creditreconciliation@peoples.com Oct 31 2019 03:38:12      Citizens Bank,
               1000 Lafayette Blvd,    Bridgeport, CT 06604
14087416       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2019 03:37:29
               Verizon,   PO BOX 660748,    Dallas, TX 75266-0748
14087417      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2019 03:37:29
               Verizon Wireless,   PO Box 4003,   Acworth, GA 30101-9004
                                                                                             TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14087388*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14087389*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14087390*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14123564*      Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
14087394*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14087395*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14087396*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14087397*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
cr           ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                             TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
          ANDREW M. LUBIN    on behalf of Creditor    MEB Loan Trust alubin@milsteadlaw.com,
           bkecf@milsteadlaw.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    ABS REO Trust VI c/o Select Portfolio
           Servicing debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          GEORGETTE  MILLER    on behalf of Debtor Raymond W. Kuemmerle, Jr. info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MEB Loan Trust bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2              User: Keith              Page 3 of 3              Date Rcvd: Oct 30, 2019
                                  Form ID: pdf900          Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                                                                   TOTAL: 12

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
RAYMOND W KUEMMERLE, JR.

Chapter 13

Debtor

Bankruptcy No. 18-12347-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 30, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
GEORGETTE MILLER  
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:  
RAYMOND W KUEMMERLE, JR.  
CHRISTOPHER KUEMMERLE  
102 KNOLLWOOD DRIVE

LANSDALE, PA 19446-